IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Antonio F. Rogers
Barbara H. Rogers

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

U.S. Bank National Association as Trustee on behalf of the COLT 2020-3 Mortgage Loan Trust

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*
a New York Common Law trust

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

I. The Parties to This Complaint

  A. The Plaintiff(s)

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Antonio F. Rogers / Barbara H. Rogers
  Street Address: 2988 Wild Turkey Drive
  City and County: Florence, Effingham
  State and Zip Code: South Carolina 29541
  Telephone Number: 843-758-2671

  B. The Defendant(s)

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: Select Portfolio Servicing
  Job or Title (if known): P.O. B
  Street Address: P.O. Box 65250
  City and County: Salt Lake City, UTAH 84165
  State and Zip Code: UTAH 84165
  Telephone Number:

  Defendant No. 2
  Name: U.S. Bank National Association
  Job or Title (if known):
  Street Address: 100 Wall Street Floor 16
  City and County: New York
  State and Zip Code: NY 10005-3716
  Telephone Number:

  Defendant No. 3
  Name: Caliber Home Loans

2

| | |
|---|---|
| Job or Title (if known) | |
| Street Address | P.O. Box 619063 |
| City and County | Dallas |
| State and Zip Code | TX 75261 |
| Telephone Number | 800-401-6587 |

**Defendant No. 4**

| | |
|---|---|
| Name | Robert E. Lee |
| Job or Title (if known) | Attorney |
| Street Address | 111 Witcover Street |
| City and County | Marion |
| State and Zip Code | South Carolina 29571 |
| Telephone Number | 843-423-1313 |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question        ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See attachment

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* Antonio F. Rogers, is a citizen of the State of *(name)* ~~Barbara H. Rogers~~ South Carolina

    b.  If the plaintiff is ~~a corporation~~

    The plaintiff, *(name)* Barbara H. Rogers, is ~~incorporated~~ citizen under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* South Carolina.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* Robert E. Lee, is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

    The defendant, *(name)* Select Portfolio Servicing is incorporated under the laws of the State of *(name)* Utah, and has its principal place of business in the State of *(name)* Florida. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* SPS.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

Select Portfolio Servicing, Inc
10401 Deerwood Park Blvd
Ste 4
Jacksonville, FL 32256
800-258-8602

U.S. Bank National Association
1021 E. Cary Street Ste 1850
Richmond, VA 23219
(804) 343 1559

Caliber Home Loans
1525 South Belt Line Rd.
Coppell, TX 75019-
855-808-2124

Chad Burgess
3800 Fernandina Road St. 110
Columbia, SC 29210

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Defendant claiming we owe $200,433.95

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

No Contractual Basis for the suit denial of Due Process, Broken Chain of title, bonds placed on the case, Failure to set a Court date, violation of Constitutional Rights 1st, 4th and 7th. Also the color of Law. Fraud has no limitations

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are looking for refund for special deposit of Bond, Poor Communication with both Attornies. Mental Stress, panic attacks, will not hear me out. Afraid of lossing my house. please see attachments. Thank you for your time. We are entitle to actual → $5.5 million. The 1st case was crazy. They are trying to have their cake and eat it too. Also damaging our credit reports. ← from each party.

**V.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/03/2024.

Signature of Plaintiff  /s/ Barbara H. Rogers

Printed Name of Plaintiff  Barbara H. Rogers

**B.   For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____